FILED
CLERK
5/13/2022 11:20 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

       Plaintiff,

  -against-

WBQ USA LLC,

       Defendant.
-----------------------------------------------------------X

Case No. 21-cv-07176-JMA-ARL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: May 12, 2022

| SHALOM LAW, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: */s/Jonathan Shalom* | By: /s/ Peter T. Shapiro |
|  Jonathan Shalom, Esq. |  Peter T. Shapiro, Esq. |
|  105-13 Metropolitan Avenue |  77 Water Street, Suite 2100 |
|  Forest Hills, New York 11375 |  New York, New York 10005 |
|  (718) 971-9474 |  (212) 232-1300 |
|  jonathan@shalomlawny.com |  Peter.Shapiro@lewisbrisbois.com |
|  *Attorneys for Plaintiff* |  *Attorneys for Defendant* |

SO ORDERED:

 /s/ JMA    5/13/2022
————————————————————
    U.S.D.J.

4881-6296-3738.1